UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
THEATRICAL SERVICES & SUPPLIES, INC.,

                    Plaintiff,

                                                    **ORDER**
         -against-                                    CV 09-4635(LDW)(ARL)

SAFECO INSURANCE COMPANY OF AMERICA,

                    Defendant.
----------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      Before the court is plaintiff's October 25, 2010 motion to compel the defendant to respond to its request for production of documents and subpoena duces tecum and/or for sanctions. In addition, plaintiff requests an extension of the discovery deadline. By letter dated October 28, 2010, counsel for defendant and for non-party Cooper Power and Lighting Corporation has represented that the parties have agreed in principal to settle this matter and anticipate reporting the finalization of the settlement to the court this week. Accordingly, plaintiff's application is denied without prejudice to a renewal thereof in the event that the settlement is not finalized.


Dated: Central Islip, New York          **SO ORDERED:**
       November 1, 2010                         /s
                                                     ARLENE ROSARIO LINDSAY
                                                     United States Magistrate Judge